Circuit denied. *Mr. Edward T. Powell, Mr. Thomas E. Powell* and *Mr. Charles W. Baker* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 551. MARY SHERMAN McCALLUM, PETITIONER, *v.* PHILLIPS L. GOLDSBOROUGH, COLLECTOR, ETC. January 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Altheus Johnson* and *Mr. E. O. Wagenhorst* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 553. THE PHILADELPHIA AND READING RAILWAY COMPANY, PETITIONER, *v.* JULIA KLUTT, ETC. February 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. John G. Lamb* for petitioner. *Mr. Francis Fisher Kane* for respondent.

---

No. 561. HORACE F. BROWN ET AL., PETITIONERS, *v.* ROBERT HENRY LANYON ET AL. February 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Francis M. Phelps* and *Mr. Douglas Dyrenforth* for the petitioners. No appearance for respondents.

---

No. 562. BOSTON AND MAINE RAILROAD, PETITIONER, *v.* JOHN N. GOKEY. February 4, 1907. Petition for a writ of